IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                              CASE NO. 17-06881/ESL

MILAGROS PAGAN RIVERA

DEBTOR                                              CHAPTER 13

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

**NOW COMES, MILAGROS PAGAN RIVERA,** the Debtor, through the undersigned

attorney, and very respectfully states and prays as follows:

1. On November 17, 2017, the Debtor filed for protection under Chapter 13 of the

Bankruptcy Code, 11 USC §§1301 et seq., in the above captioned case.

2. The Debtor, Milagros Pagan Rivera, respectfully requests a voluntary dismissal of

her bankruptcy case. 11 U.S.C. §1307.

3. There have been no prior cases and no prior conversions.

**WHEREFORE**, Milagros Pagan Rivera, petitioner in the above captioned case, very

respectfully requests this Honorable Court enter an Order dismissing the present

bankruptcy case.

**IT IS HEREBY CERTIFIED**, that on this same date a copy of the present motion

was filed with the Clerk of the Court using the CM/ECF system which will send notification

to Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee; US Trustee's Office; and I also

certify that a copy of this motion was sent via regular US Postal Mail to Debtor, Milagros

Pagan Rivera, to her address of record; and to all creditors appearing from the attached

master address list.

Page -2-
Notice OF Voluntary Dismissal
Case no. 17-06881/ESL13

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 22nd day of May,

2018.

*/s/Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614/ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Certifico que he leído esta Moción y que la misma ha sido redactada de acuerdo a mis instrucciones, habiéndoseme advertido de todas las consecuencias legales que esto implica. En Caguas, Puerto Rico, hoy 22 de mayo de 2018.

MILAGROS PAGAN RIVERA

Label Matrix for local noticing
0104-3
Case 17-06881-ESL13
District of Puerto Rico
Old San Juan
Tue May 22 13:24:27 AST 2018

EDUCOOP
PEDRO I TORRES AMADOR ESQ
PO BOX 364966
SAN JUAN, PR 00936-4966

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

Ana M Torres De Soto, Esq.
Urb Sta Rosa 10-17 ABuenas  5
Bayamon, PR  00959

Citifinancial Plus
PO Box 499
Hanover, MD  21076-0499

EDUCOOP
PO BOX 364966
SAN JUAN  PR  00936-4966

Educoop
PO Box 192770
San Juan, PR  00919-2770

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

MILAGROS PAGAN  RIVERA
114 URB LAS CAROLINAS
CAGUAS, PR 00727-7906

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11